# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
ANSOL, Inc. ) ASBCA No. 59605
)
Under Contract No. N00178-05-D-4180 *et al.* )

APPEARANCES FOR THE APPELLANT: Kevin J. Slattum, Esq.
Mary E. Buxton, Esq.
McKenna Long & Aldridge LLP
Los Angeles, CA

APPEARANCES FOR THE GOVERNMENT: E. Michael Chiaparas, Esq.
DCMA Chief Trial Attorney
Joseph D. Keller, Esq.
Trial Attorney
Defense Contract Management Agency
Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 17 April 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59605, Appeal of ANSOL, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals